UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| WILLIAM GREGORY WHITSON, ) ) Plaintiff ) ) vs. ) ) UNIVERSITY MALL, et al., ) ) Defendants ) | Case No. 6:09-cv-00218-LSC-HGD |

### **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on September 4, 2009, recommending that this action be dismissed, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted. Although the plaintiff was advised of his right to file specific written objections, he has not responded to the report.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed for

failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

    Done this <u>7th</u> day of <u>October 2009</u>.

                                              L. SCOTT COOGLER
                                   UNITED STATES DISTRICT JUDGE
                                                           153671